IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

IN RE:

SCOTT A MANN and            )
DEANNA L. MANN              )
                            )
    Debtors.               )
                            )
LARRY DUVALL,               )
                            )
    Plaintiff,             )
                            )    CIVIL ACTION NO.
    v.                     )    3:05cv1132-MHT
                            )          (WO)
SCOTT A. MANN and           )
DEANNA L. MANN,             )
                            )
    Defendant.             )

JUDGMENT

The parties having filed nothing regarding the appeal of this cause, it is the ORDER, JUDGMENT, and DECREE of the court that the appeal is dismissed for want of prosecution.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of September, 2006.


                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE